AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 07, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| KELLIE K. | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.  2:23-CV-0094-WFN |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's Brief, ECF No. 11, is GRANTED.  Defendant's Brief, ECF No. 13, is DENIED.
This matter is REMANDED to the Commissioner for additional proceedings.
Judgment for Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  WM. FREMMING NIELSEN _____ on cross motions for

Summary Judgment.

Date:  12/7/2023 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Wendy Kirkham _____
*(By) Deputy Clerk*

Wendy Kirkham _____